JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALLEJO MINI-MARKET & GAS STATION INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-04600-SVW-AS<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a motion for determination of attorney fees/costs, and file a dismissal thereafter.

**IT IS SO ORDERED.**

Dated: December 15, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
HONORABLE STEPHEN V. WILSON
United States District Judge

Notice of Settlement　　　　-1-　　　　2:20-cv-04600-SVW-AS